UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY POSTER,<br><br>    Petitioner,<br><br>    v.<br><br>RON BARNES, (A) Warden,<br><br>    Respondent. | No. CV 13-1203-ABC (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice for failure to prosecute and follow Court orders, and for failure to file a Request to Proceed In Forma Pauperis or pay the filing fee.

DATED: May 6, 2013

*Audrey B. Collins*
HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE